## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 46 MM 2019
BY JOSH SHAPIRO, ATTORNEY :
GENERAL; PENNSYLVANIA :
DEPARTMENT OF INSURANCE, BY :
JESSICA K. ALTMAN, INSURANCE :
COMMISSIONER AND PENNSYLVANIA :
DEPARTMENT OF HEALTH, BY RACHEL :
LEVINE, SECRETARY OF HEALTH :
:
:
:
   v. :
:
:
UPMC, A NONPROFIT CORP.; UPE, :
A/K/A HIGHMARK HEALTH, A :
NONPROFIT CORP. AND HIGHMARK, :
INC., A NONPROFIT CORP. :
:
:
:
PETITION OF: COMMONWEALTH OF :
PENNSYLVANIA, BY JOSH SHAPIRO, :
ATTORNEY GENERAL :

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of April, 2019, upon consideration of the Petition for Permission to Appeal, or, in the Alternative, Application for Extraordinary Relief, permission to appeal is GRANTED. *See* 42 Pa.C.S. §702(b). The Prothonotary is DIRECTED to establish a briefing schedule to ensure that the matter is listed for argument at the May 2019 session.

  The Commonwealth Court severed Count I from the other counts of the Petition to Modify filed by the Office of Attorney General. *See Commonwealth v. UPMC*, 334 MD

2014 (order dated March 12, 2019).  Except for Count I, the instant order granting permission to appeal does not operate as a stay on the Commonwealth Court's consideration of this ongoing litigation.  *See* Pa.R.A.P. 1701(b)(5).